Dismissed and Memorandum Opinion filed October 1,
2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00195-CV

____________

 

RONALD KAY DURST, Appellant

 

V.

 

HARSCO COPORATION/PATENT CONSTRUCTION SYSTEMS,
Appellee

 

 



 

On Appeal from the 151st District Court

Harris County, Texas

Trial Court Cause No. 2007-73165

 



 

M E M O R
A N D U M   O P I N I O N

This is an appeal from a judgment signed January 30, 2009. 
The clerk=s record was filed on June 10, 2009.  No reporter’s record was taken.  No
brief was filed.

On July 23, 2009, this Court issued an order stating that
unless appellant submitted his brief, together with a motion reasonably
explaining why the brief was late, on or before August 24, 2009, the Court
would dismiss the appeal for want of prosecution.  See Tex. R. App. P. 42.3(b).








Appellant filed no
response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Panel consists of Justices Anderson,
Guzman, and Boyce.